No. 375. Ex parte MIGUEL GUZMÁN, NOTARIO PÚBLICO.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 2096 otorgada en enero 2, 1913. Resuelto en abril 24, 1914. Se da por terminada dicha fianza a partir del 24 de junio de 1914. La peticionaria compareció por escrito por medio de su Agente General Sr. Harry F. Besosa.

---

No. 400. Ex parte ANGEL R. DE JESÚS, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en mayo 7, 1914. Resuelto en mayo 12, 1914. Aprobada la fianza. El peticionario compareció en nombre propio.